```
 1  HEATHER E. WILLIAMS, Bar# 122664
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    RAYMOND J. HATCHER
 6

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   No. 2:13-cr-0192 JAM
                                 )
12           Plaintiff,          )   STIPULATION AND ORDER TO CONTINUE
                                 )   STATUS CONFERENCE AND EXCLUDE
13       v.                      )   TIME
                                 )
14  RAYMOND J. HATCHER,          )
                                 )   DATE: August 27, 2013
15           Defendant.          )   TIME: 9:45 a.m.
    _____)   JUDGE: Hon. John A. Mendez
16
```

It is hereby stipulated and agreedto between the United States of America through CHRISTIAAN HIGHSMITH, Assistant U.S. Attorney and defendant RAYMOND J. HATCHER by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for August 20, 2013 be continued to August 27, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 27, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 13, 2013          Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                RAYMOND J. HATCHER


DATED: August 13, 2013          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Benjamin Galloway for
                                CHRISTIAAN HIGHSMITH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including August 27, 2013, shall be excluded from computation of time within which the trial of this case must be commenced

under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the August 20, 2013 status conference shall be continued until August 27, 2013, at 9:45 a.m.

DATED: August 13, 2013          /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Court Judge