| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| 6 | RAYMOND J. HATCHER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:13-CR-0192 JAM |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY RELEASE |
| v. | ) | JUDGE: Hon. Carolyn K. Delaney |
| RAYMOND J. HATCHER, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed to between the United States of America through CHRISTIAAN HIGHSMITH, Assistant U.S. Attorney and defendant RAYMOND J. HATCHER by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the Court issue an order granting Mr. Hatcher's temporary release from the Sacramento County Jail on Saturday, September 28, 2013, from 11:00 a.m. to 5:00 p.m. to visit with his dying grandmother, Henrietta Stevenson.

Mr. Hatcher was raised primarily by Ms. Stevenson and he maintained a close relationship with her. Ms. Stevenson is now in the very final stages of hospice care at the home of her daughter in Richmond, California, and it is anticipated that she will not live through this weekend. Her death will represent a significant loss to Mr. Hatcher.

Mr. Hatcher is currently in custody at the Sacramento County Jail. He was detained on an indictment alleging violations of 18 U.S.C. 922(g) § and 21 U.S.C. § 841(a)(1). His matter is

scheduled for a status conference and likely change of plea on October 22, 2013 before the Honorable John A. Mendez.

The parties stipulate and agree that Mr. Hatcher be temporarily released from the Sacramento County Jail to the custody of Investigator Henry Hawkins from the Office of the Federal Defender on September 28, 2013 from 11:00 a.m. until 5:00 p.m.. Mr. Hatcher's activity will be limited to traveling from the jail to the home of Ms. Stevenson's daughter located on Berk Avenue in Richmond, California, and returning to the jail by 5:00 p.m.. Investigator Hawkins will escort Mr. Hatcher to the home and return him to the Sacramento County Jail. Mr. Hatcher will remain in the custody of the Federal Defender investigator during the entire time of his temporary release.

According to Supervising Pretrial Services Officer Beth Wetteland, Pretrial Services will defer to the Court as to whether temporary release is appropriate.

DATED: September 27, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
RAYMOND J. HATCHER

DATED: September 27, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Christiaan Highsmith
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

IT IS SO ORDERED

1. That Mr. Hatcher be released from the Sacramento County Jail on a "temporary out" on September 28, 2013 from 11:00 a.m. to the temporary custody of Investigator Henry Hawkins from the Office of the Federal Defender, who has agreed to act as a third party custodian;

2. That upon release, Mr. Hatcher shall remain with the third party custodian traveling from the jail to the home of Ms. Stevenson's daughter located on Berk Avenue in Richmond, California. Investigator Hawkins will escort Mr. Hatcher to the Berk Avenue home, and return him to the Sacramento County Jail.

3. That Mr. Hatcher shall return to the Sacramento County Jail by 5:00 p.m. on September 28, 2013.

DATED: September 27, 2013

HON. CAROLYN K. DELANEY
United States Magistrate Judge