HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
RAYMOND J. HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:13-CR-0192 JAM |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | DATE: November 5, 2013 |
| RAYMOND J. HATCHER, ) | TIME: 9:45 AM |
| Defendant. ) | JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through CHRISTIAAN HIGHSMITH, Assistant U.S. Attorney and defendant RAYMOND J. HATCHER by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for October 22, 2013 be continued to November 5, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review this additional information with the defendant, and to continue investigating the facts of the case.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 5, 2013 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

*U.S. v. Hatcher*
Stipulation and Order

-1-

DATED: October 18, 2013                Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Benjamin Galloway*
                                       BENJAMIN GALLOWAY
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       RAYMOND J. HATCHER


DATED: October 18, 2013                BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Christiaan Highsmith*
                                       CHRISTIAAN HIGHSMITH
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, October 18, 2013 up to and including November 5, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the October 22, 2013 status conference shall be continued until November 5, 2013, at 9:45 a.m.

DATED: October 18, 2013

                                       /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
                                       United States District Court Judge